UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR QUINTEROS,<br><br>        Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CIV-F-09-2200 AWI GSA<br><br>ORDER RE: RESETTING HEARING DATE |

    Defendant Aurora Loan Services has made a motion to dismiss and a motion to strike. Plaintiff Amilcar Quinteros has filed no opposition. Oral argument on the matter is scheduled for January 25, 2010. Defendant removed this case from Fresno County Superior Court. In the notice of removal, Defendant claims a copy of the complaint was attached as Exhibit 1. Upon review of the entire docket, the court can find no copy of the complaint. Defendant's motions can not be evaluated on this basis. The hearing date is reset for February 1, 2010 at 1:30 PM to allow Defendant time to remedy the oversight.

IT IS SO ORDERED.

Dated:    January 20, 2010           /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE