UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR QUINTEROS,            )<br>                                                       )<br>                  Plaintiff,              )<br>                                                       )<br>       v.                                          )<br>                                                       )<br>AURORA LOAN SERVICES, and DOES )<br>1 through 50, inclusive,                )<br>                                                       )<br>                  Defendants.         )<br>_____) | CIV-F-09-2200 AWI GSA<br><br>ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant Aurora Loan Services has made a motion to dismiss and a motion to strike. Plaintiff Amilcar Quinteros has filed no opposition. A hearing on the matter is set for February 1, 2010.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 1, 2010, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **January 29, 2010**                    /s/ Anthony W. Ishii
                                                       CHIEF UNITED STATES DISTRICT JUDGE