BRIAN K. CUTTONE (SBN 201314)
1233 W. Shaw Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 225-2510
Facsimile: (559) 225-2538
Email: bcuttone@realmediation.net

Attorney for Amilcar Quinteros

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMILCAR QUINTEROS, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>AURORA LOAN SERVCIES, LLC, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:09-CV-02200-AWI-GSA<br><br>**Honorable Anthony W. Ishii**<br>**Magistrate Judge Gary S. Austin**<br><br>**STIPULATION AND ORDER**<br><br><br>**Judge:**<br>**Hon. Anthony W. Ishii** |

   **IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff AMILCAR QUINTEROS (hereinafter "PLAINTIFF") and defendant AURORA LOAN SERVICES (hereinafter "DEFENDANT"), through their respective counsel of record, as follows:

   1. On December 23, 2009, DEFENDANT filed and served, through the above-referenced court's (hereinafter the "COURT") CM/ECF procedures and pursuant to the Local Rules of the United States District Court, Eastern District of California (the "Local Rules"), Rule 5-135, the Notice of Motion and Motion to Dismiss Plaintiff's Complaint and supporting documents (the "Motion to Dismiss"). See Docket Number 6.

2. On January 5, 2010, DEFENDANT filed and served, through the CM/ECF procedures and pursuant to Local Rule 5-135, the Amended Notice of Motion and Motion to Strike Portions of Plaintiff's Complaint (the "Motion to Strike"). See Docket Number 7.

3. On January 15, 2010, the DEFENDANT filed and served, through the CM/ECF procedures and pursuant to Local Rule 5-135, the Notice of No-Opposition by Plaintiff to Defendant Aurora Loan Services, LLC's Motion To Dismiss. See Docket Number 8.

4. On January 20, 2010, the Honorable Chief Judge Anthony W. Ishii issued, had docketed and served the Order Re: Resetting Hearing Date resetting the hearings on DEFENDANT's Motion to Dismiss and Motion to Strike, to February 1, 2010, at 1:30 PM, through the CM/ECF procedures and Local Rule 5-135. See Docket Number 9.

5. On January 29, 2010, the Honorable Chief Judge Anthony W. Ishii issued, had docketed and served the Order Vacating Hearing Date And Taking Matter Under Submission stating in relevant part:

> "A hearing on the matter is set for February 1, 2010. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 1, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision. IT IS SO ORDERED."

See Docket Number 11.

6. On February 25, 2010, PLAINTIFF'S attorney, Brian K. Cuttone, filed and served by CM/ECF procedures and pursuant to Local Rule 5-135, and sent through United States mail, a letter explaining to the Honorable Chief Judge Anthony W. Ishii and the Honorable Magistrate Judge Gary S. Austin that due to his inadvertence and mistake that he had not received any of the aforementioned motions and orders and that they had been sent to his former email account at bcuttone@caswellbell.com, which had

been shut down when he left Caswell Bell & Hillison, LLP, in approximately December, 2006. See Docket Number 14.

7. Also on February 25, 2010, PLAINTIFF's attorney, Brian K. Cuttone, contacted the DEFENDANT's attorneys, Akerman Senterfitt, LLP, and requested that they stipulate and agree to have the Motion to Dismiss and Motion to Strike reset on the Court's calendar to permit PLAINTIFF an opportunity to oppose the motions and appear at a hearing thereon, if the Court would permit the aforementioned. The DEFENDANT's attorneys, Akerman Senterfitt, LLP, graciously agreed to stipulate to resetting the hearings on the Motion to Strike and Motion to Dismiss, to allow PLAINTIFF an opportunity to oppose and be heard on the motions, as memorialized herein.

8. PLAINTIFF's attorney, Brian K. Cuttone, hereby represents to the court that he has made the necessary changes to his electronic service account with the Court and that the problems regarding service and notice of motions and orders will not occur in the future.

Dated: February 26, 2010.   By: _____
                                Brian K. Cuttone, Attorney for
                                Plaintiff Amilcar Quinteros


Dated: February 26, 2010.   AKERMAN SENTERFITT, LLP


                            By: _____
                                Justin Balser, Attorneys for Defendant
                                Aurora Loan Services, LLC

# ORDER

Upon reading the foregoing Stipulation of the Parties and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The hearings on the Motion To Dismiss and the Motion To Strike will be reset to April 12, 2010, at 1:30 p.m. in Courtroom 2, in the above-referenced United States District Court, before the Honorable Chief Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __February 26, 2010__                    __/s/ Anthony W. Ishii__
                                                                    CHIEF UNITED STATES DISTRICT JUDGE