UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR QUINTEROS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AURORA LOAN SERVICES, and DOES )<br>1 through 50, inclusive, )<br>)<br>Defendants. )<br>_____ ) | CIV-F-09-2200 AWI GSA<br><br>ORDER VACATING HEARING DATE OF APRIL 12, 2010 AND TAKING MATTER UNDER SUBMISSION |

    Defendant Aurora Loan Services has made a motion to dismiss and a motion to strike. Docs. 5 and 6. Plaintiff Amilcar Quinteros has filed an opposition. Doc. 19. Defendant filed a reply. Doc. 23. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 12, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    April 8, 2010                 /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE

1