UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR QUINTEROS,<br><br>        Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CIV-F-09-2200 AWI GSA<br><br>ORDER VACATING HEARING DATE OF JANUARY 10, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Defendant Aurora Loan Services has made a motion to dismiss. Doc. 32.. Plaintiff Amilcar Quinteros has filed an opposition. Doc. 35. Defendant filed a reply. Doc. 37. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 10, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    January 5, 2011                                                 
                                                                CHIEF UNITED STATES DISTRICT JUDGE

1